**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

City __Salem__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-1201, 21-1227, 21-1228__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Shon'Dell Holloway__    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name _____

Address (City & State) __Salem, Masachusetts__

Birth date (Yr only): __1999__   SSN (last4#): __3387__   Sex __M__   Race: __Black__   Nationality: _____

**Defense Counsel if known:** __Leonard Milligan__    Address __Milligan Rona Duran & King__

**Bar Number** _____    50 Congress Street, Suite 600   Boston, MA 02109

**U.S. Attorney Information:**

AUSA __Philip A. Mallard__    Bar Number if applicable __679138__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Victims: ☐ Yes ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date __01/21/2022__

☐ Already in Federal Custody as of _____ in _____
☒ Already in State Custody at __Essex HOC__   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ———— ☐ Misdemeanor ———— ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/1/2022    Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Shon'Dell Holloway

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 924(o) | Conspiracy to Use, Carry, Brandish and Discharge Firearms in Relation a Drug Trafficking Crime | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____